■ In the Matter of FRANK ZDAN, Petitioner, against JOSEPH P. KELLY, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Determination confirmed, without costs. All concur. (Review of the action of respondent in revoking petitioner's operator's license, which proceeding was transferred to the Appellate Division for determination by order of Oneida Special Term.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ.

■ In the Matter of the Probate of the Will of Victoria KUZNICKI, Deceased. FRANCIS J. KUZNICKI et al., Appellants; MICHAEL KUZNICKI, Respondent. — Decree and order affirmed, without costs of this appeal to any party. All concur. (Appeal from a decree of Chautauqua Surrogate's Court admitting a will to probate and adjudging same valid to pass both real and personal property; also review of order of Chautaqua Supreme Court setting aside the verdict of a jury holding in favor of objectants on the question of undue influence, directing a verdict in the negative, and certifying the proceedings to Surrogate's Court for probate.) Present — McCurn, P. J., Vaughan, Kimball, Bastow, and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR SPINNEY, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Cayuga Special Term, dismissing a write of habeas corpus and remanding relator to the custody of the Warden of Auburn Prison.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ.

■ YORKSHIRE INDEMNITY COMPANY OF NEW YORK, Appellant, v. ALBIN ROKICKI et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Niagara Special Term denying a motion by plaintiff to strike out the answers of defendants for summary judgment.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDMUND V. PICCIOTTI, Appellant.— Order dated April 30, 1956, insofar as it denies the application for a hearing reversed on the law and facts and otherwise order affirmed, and matter remitted to the Monroe County Court for a hearing on the issues. Appeal from order dated November 9, 1956, dismissed as academic. Memorandum: The moving papers set up claims of fraud, deceit and coercion in connection with the defendant's plea of guilty and conviction. In answer, the District Attorney has produced a transcript of the court proceedings upon arraignment, plea and sentence. While this transcript puts in issue the claims of the relator, these claims are not "conclusively refuted by unquestionable documentary proof". (*People* v. *Richetti*, 302 N .Y. 290, 296.) Relator is therefore entitled to a hearing. (*People v. Robson*, 285 App. Div. 1112.) All concur, except Vaughan and Goldman, JJ., who dissent as to the reversal and vote for affirmance of the orders appealed from. (Appeal from two orders of Monroe County Court, (1) denying application by defendant to vacate a judgment convicting him of criminally receiving stolen property and for a withdrawal of his plea of guilty, and (2) denying defendant's application for a reconsideration of the motion for a writ of error *coram nobis*.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ. [See 5 A D 2d 755.]